IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK STEVEN CORRINET,                )
                                     )
            Plaintiff,               )
                                     )  6: 11-cv-6416-TC
      v.                             )
                                     )  ORDER
RUSTY BURKE, PAUL HERMAN, BILL )
CAVALIER, PATRICE LOUINET,           )
FREDRIK MALMBERG, ROB ROEHM and)
GLENN LORD, as individuals and )
the ROBERT E. HOWARD FOUNDATION)
INC., as a Texas corporation   )
and DOES 1-25 inclusive,             )
                                     )
            Defendants.              )
_____)

      Magistrate Judge Thomas M Coffin has filed his Findings and
Recommendation on April 30, 2012.  The matter is now before me.
See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin

1   - ORDER

Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

Accordingly,  I  ADOPT  Judge  Coffin's  Findings  and
Recommendation.  The motion to dismiss (#7) for lack of personal
jurisdiction without prejudice to refile the complaint in the
appropriate venue is granted.

DATED this **30th** day of _____May_____, 2012.


_____
United States District Judge

2    - ORDER